## Certificate of service

I Sionya Haley©™ now known as Priya Sha'ul me'el©™ do hereby certify that copy of a notice of removal and exhibits was hand deliver on August 6, 2019 to the court clerk of the United States District court for the Eastern District of Missouri, 111 S. Tenth Street, St. Louis MO 63101 and mailed copy on August 6, 2019 to the court clerk of the civil courts building 1st Floor 10 N. Tucker Blvd St. Louis 63101.