UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

_____,  )
                               )  Case no._____
v.                             )
                               )  _____, 20____
_____,  )

## MEMORANDUM FOR CLERK

Exhibits - A - Notice of Removal
 1. Certificate of Service
B - Receipt to Clerk for State court Thomas Kloeppinger
 1. Three Notices of Removal sent to 2 Judges and Clerk
C - Tribal member Certificate number 71190500IC
 1. Letter of Rogatory to Travis Martin
D - Motion to Challenge Jurisdiction
 1. Motion to Dismiss with Prejudice
E - Standard Form 181
 1 - Statutory Declaration
F - Notice, Affidavit and Declaration

Please circle which applies:   (Pro se) (Attorney for) Plaintiff

                               (Pro se) (Attorney for) Defendant

```
=========================================
             MARIAN OLDHAM
            4021 LACLEDE AVE
         SAINT LOUIS, MO 63108-9998
               287196-0198
              (800)275-8777
            08/05/2019 04:08 PM
=========================================
=========================================
-----------------------------------------
Product              Qty   Unit      Price
                           Price
-----------------------------------------
9.5 x 12.5 Mailer     1    $2.19    $2.19
First-Class Mail®     1    $1.30    $1.30
Large Envelope
   (Domestic)
   (SAINT LOUIS, MO  63101)
   (Weight:0 Lb 2.90 Oz)
   (Estimated Delivery Date)
   (Wednesday 08/07/2019)
Certified                           $3.50
   (USPS Certified Mail #)
   (70170190000054949554)
-----------------------------------------
Total:                              $6.99
-----------------------------------------

-----------------------------------------
Cash                                $7.00
Change                            ($0.01)
-----------------------------------------
```

Handwritten annotation: "Non domestic"

Text your tracking number to 28777
(2USPS) to get the latest status.
Standard Message and Data rates may
apply. You may also visit www.usps.com
USPS Tracking or call 1-800-222-1811.

Preview your Mail
Track your Packages
Sign up for FREE @
www.informeddelivery.com

All sales final on stamps and postage.
Refunds for guaranteed services only.
Thank you for your business.

HELP US SERVE YOU BETTER

TELL US ABOUT YOUR RECENT
POSTAL EXPERIENCE

Go to:
https://postalexperience.com/Pos

840-5630-0506-003-00034-75269-01

or scan this code with
your mobile device:



or call 1-800-410-7420.

YOUR OPINION COUNTS

Receipt #: 840-56300506-3-3475269-1

To: Circuit Clerk Thomas Kloeppinger
Civil Courts 1st Floor
10 North Tucker blvd
St. Louis Missouri 63101

From: Sionya M Haley©™ now known as Priya Sha ul'me'el©™/Secured Party/Lien Holder/Indigenous Woman
30° 40'' 6'' N. Lat; 90° 12' 37'' W. Long
Cahokia, Altan/: Turtle Island
C/o 3863 Sullivan St. Louis Missouri [63107]

## UCC 1-202 Notice and Knowledge

I Sionya M Haley©™ now known as Priya Sha'ul me'el©™ a flesh & blood Indigenous who is a member of the Oka Lusa Achukma Arawak Chahta Tribe/Nation. https://en.calameo.com/read/0048019679d6714a0e714  I give notice to clerk of the court and Judges Elizabeth Byrne Hogan of the 22nd Judicial Circuit Court and Michael W Noble case Number; 1822- CR03243-01 has been removed to UNITED STATES DISTRICT COURT for the Eastern District of Missouri.

Cc: Judge Michael W Noble
Cc: Judge Elizabeth Byrne Hogan

400.S 4326)
Sionya Haley©™ ucc 1-308 without prejudice
date 8-5-19

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

SAINT LOUIS, MO 63101    OFFICIAL USE

| Certified Mail Fee | $3.50 | | 0212 |
| --- | --- | --- | --- |
| $ | | $0.00 | 06 |

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy) $ $0.00
☐ Return Receipt (electronic) $ $0.00    Postmark
☐ Certified Mail Restricted Delivery $ $0.00    Here
☐ Adult Signature Required $ $0.00
☐ Adult Signature Restricted Delivery $

Postage  $1.45
$
Total Postage and Fees   08/03/2019
$ $4.95

Sent To _____
Street and Apt. No., or PO Box No. _____
City, State, ZIP+4® _____

*Non-domestic*

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instru

7019 1120 0000 4488 8197

---

```
                       (Monday 08/05/2019)
First-Class Mail®   1    $1.45      $1.45
Large Envelope
    (Domestic)
    (SAINT LOUIS, MO 63101)
    (Weight:0 Lb 3.10 Oz)
    (Estimated Delivery Date)
    (Monday 08/05/2019)
First-Class Mail®   1    $1.30      $1.30
Large Envelope
    (Domestic)
    (SAINT LOUIS, MO 63101)
    (Weight:0 Lb 3.00 Oz)
    (Estimated Delivery Date)
    (Monday 08/05/2019)
Certified                            $3.50
    (USPS Certified Mail #)
    (70191120000044888180)
Affixed Postage                     ($1.45)
    (Affixed Amount:$1.45)
First-Class Mail®   1    $1.45      $1.45
Large Envelope
    (Domestic)
    (SAINT LOUIS, MO 63101)
    (Weight:0 Lb 3.40 Oz)
    (Estimated Delivery Date)
    (Monday 08/05/2019)
Certified                            $3.50
    (USPS Certified Mail #)
    (70191120000044888197)
-----------------------------------------
Total:                              $13.58
-----------------------------------------


-----------------------------------------
Cash                                $20.00
Change                              ($6.42)
-----------------------------------------

Text your tracking number to 28777
(2USPS) to get the latest status.
Standard Message and Data rates may
apply. You may also visit www.usps.com
USPS Tracking or call 1-800-222-1811.


            Preview your Mail
            Track your Packages
            Sign up for FREE @
            www.informeddelivery.com


All sales final on stamps and postage.
Refunds for guaranteed services only.
```

To Judge Elizabeth Byrne Hogan
22nd Judicial Circuit Court Division 16
1114 Market Street
St. Louis MO 63101


From: Priya Siran Sha'ul me'el©™/Secured party/Lien Holder/Indigenous Woman
30°40" 6' N. Lat; 90°12'37"W. Long
Cahokia, Altan/: Turtle Island
C/o 3863 Sullivan Apt A St. Louis Missouri [63107]


## UCC § 1-202 Notice; Knowledge

I Sionya M Haley©™ now known as Priya Sha'ul me'el©™ a flesh & blood woman, who maintains tribal affiliation of the Oka Lusa Achuma Arawak Chahta Tribe/Nation. I give Notice to Judge Elizabeth B Hogan that case number; 1822-CR03243-01 has been removed to the United States District Court for the Eastern district of Missouri.

400.3.402(b)
Sionya Haley ucc 1-308 without prejudice
date 8-3-19

To Judge Michael W Noble
Civil Courts
10 N. Tucker Blvd
St. Louis MO 63101

From: Priya Siran Sha'ul me'el©™/Secured party/Lien Holder/Indigenous Woman
30°40" 6' N. Lat; 90°12'37"W. Long
Cahokia, Altan/: Turtle Island
C/o 3863 Sullivan Apt A St. Louis Missouri [63107]

## UCC § 1-202 Notice; Knowledge

I Sionya M Haley©™ now known as Priya Sha'ul me'el©™ a flesh & blood woman, who maintains tribal affiliation of the Oka Lusa Achuma Arawak Chahta Tribe/Nation. I give Notice to Judge Elizabeth B Hogan case number; 1822-CR03243-01 has been removed to the United States District Court for the Eastern district of Missouri.

4 A 3-402(b)

Sionya Haley ©™ UCC 1-308 without prejudice

date 8-3-19

Case: 4:19-cv-02303-JMB   Doc. #: 1-1   Filed: 08/06/19   Page: 7 of 16 PageID #: 8

  

# OKA LUSA ACHUKMA ARAWAK CHAHTA TRIBE/NATION

## ENROLLED TRIBAL MEMBER CERTIFICATE number: 711905001C.

### OKA LUSA ACHUKMA ARAWAK CHAHTA ATLAN OR TURTLE ISLAND

Dated: September 23, 2018 Nunc Pro Tunc

Whereas, the **Oka Lusa Achukma Arawak Chahta Tribe/Nation** is a nation under the protection of treaties and the OKA LUSA ACHUKMA ARAWAK CHAHTA TRIBAL TRUST CHARTER where the lines have come forward and are herein referred to as a clan of the **Olmec, Arawak and Chahta (Choctaw)** peoples, sacred indigenous aborigine to the land, colonial peoples, inhabiting ancestral territory of :Atlan/ :Turtle Island/ :Muu-lan/ :TaMeri (Misnomer known as North America) of the territories historically known as **Washitaw, Timucua-Utina and Muskogee**. The same is confirmed by the ratification of "Tribal Trust Charter" Signed and SEALED, recognized under customary international law, "Noticed" to and acknowledged by the United States via return receipt notice filed with the Department of Energy, lines have come forward and are herein referred to as a clan of the **Olmec, Arawak and Chahta (Choctaw)** peoples, sacred aborigine to the land inhabiting ancestral territory of North America on Turtle Island or Atlan of the territories historically known as **Washitaw, Timucua-Utina and Muskogee.** The same is confirmed by the ratification of "Tribal Trust Charter" Signed and SEALED, recognized under customary international law, "Noticed" to and acknowledged by the United States via return receipt notice filed with the Department of Energy, Tribal and Intergovernmental Affairs, Office Of Congressional and Intergovernmental Affairs with Certified Mail number **7015 1520 0000 2293 3376** recorded in the Recorder of Deeds for St. Louis County, Missouri as document number **2017022200473**, Book 22409 Page 0610, and the amendments sent with Certified Tracking: **7015 1520 0000 2293 2928**. This Enrolled Tribal Member Certificate is authorized by the ratification of the OKA LUSA ACHUKMA ARAWAK CHAHTA TRIBAL TRUST CHARTER and is embodied and made complete by the people of the OKA LUSA ACHUKMA ARAWAK CHAHTA TRIBE through the adoption of the OKA LUSA ACHUKMA ARAWAK CHAHTA TRIBE Constitution as established by the Tribal Trust Charter of the OKA

LUSA ACHUKMA ARAWAK CHAHTA, signed and sealed by the OKA LUSA ACHUKMA ARAWAK CHAHTA Tribal Trust Council members, and:

Whereas, Sionya Michelle Haley is an Enrolled Tribal Member of the **OKA LUSA ACHUKMA ARAWAK CHAHTA TRIBE/NATION a colonial peoples under the protection of the OKA LUSA ACHUKMA ARAWAK CHAHTA Tribal Trust and Nation.**

### ENROLLED TRIBAL MEMBER NUMBER: 711905001C

*The undersigned Enrolled Tribal member has taken an OATH of Honor, Loyalty and Secrecy*

400.3-402(b)

Autograph: *Sionya Haley* ©TM

Sionya Michelle Haley tribally known as
:Priya Siran Sha'ul' Me El:© ®TM: 38°40'6"N. Lat; 90°12'37"W  Long
:Cahokia.:Atlan/ :Turtle-Island
Agent  Creditor for HALEY MICHELLE SIONYA
Agent  Creditor for SIONYA MICHELLE HALEY
c o 3863 sullivan apt A
 St Louis Missouri [63108]

**This Enrolled Tribal Member Certificate shall become effective when signed by Head Minko (Chief(s)) :Okchi-Nakni-Achukma:Eil:©®tm below.**

1960 United Nations Declaration on the granting of independence to colonial countries and peoples (https: documents-dds-ny.un.org doc RESOLUTION/GEN/NR0/152/88/IMG/NR015288.pdf?OpenElementations) United Nations Declaration on the Rights of Indigenous Peoples (http: www.un.org/esa socdev unpfii documents DRIPS en.pdf) American Declaration on the Rights of Indigenous Peoples (http: cdn7.iitc.org wp-content uploads AG07150E06_web.pdf). UN Convention on Economic, Social & Cultural Rights. United Nations Charter. Article 55 & 56, Presidential Proclamation 7500. 100th Congress 2nd Session H. Con. Res. 331, H.J.R 194. S Con. Res 26. S. 1200. HJR-3(HJ 3 IH).

Autographed this 8th day of July 2019.

Head Minko(Chief)::okchi-nakni-achukma: eil:©®TM
B; *OKCH - naKn; achuk...*
By *okchi.nakni.achukma:eil:©®tm*

Head Minko: okchi-nakni-achukma: eil:©TM
Oka Lusa Achukma Arawak Chahta Tribe Nation
Email OKA_LUSA_ACHUKMA_ARAWAK_
CHAHTA NATION@protonmail.com

Chief Minister: brakah-uwey-yi-dohiwaya: El.©TM

By *Brakah Uweyni Dohiwaya El.*
Chief Minister :brakah-uwey-yi-dohiwaya: Ek©TM
Chief Minister of Tribal Affairs
And Communications of the
Oka Lusa Achukma Arawak Chahta Tribe Nation
Clerk of Oka Lusa Achukma Arawak Chahta Nation Council Court.

Court Seal

From: Sionya M Haley©™ now known as Priya Siran Sha'ul'me'el©™/Secured Party/Lien Holder/Indigenous Woman/Power of Attorney for Michael A Fullilove©™ now known as Marshawn Sha'ul'Me'el©™

38° 40" 6" N.Lat; 90° 12' 37" W.Long
Cahokia, :Altan/ :Turtle-Island
C/o 3863 Sullivan Apt A. St. Louis, Missouri [63107]

This letter should be style as a letter of **Rogatory/Instruction**, which lay the foundation that will adhere to the basic principles of truth, and justice which are found in national, regional and International legal system.

Article 22(2) of ADRIP -Indigenous law and legal system shall be recognize and respected by national, regional and International legal system.

Article 41 of ADRIP -the right to recognize in this declaration and the United Nations declarations on the rights of the Indigenous people constitute the minimum standard for the survival, dignity and well-being of the Indigenous peoples of the Americans.

For my survival dignity and well-being any member of the bar whether paid appointed or promoted shall follow all of the instructions within this document including any of my personal Instructions not contain in this document and to respect and acknowledge that any of your actions which are contrary to my survival, dignity and well-being are in breach of contract and shall result in your immediately termination of services surrender without any negotiation or forward discussion. All of my requests in needs pertaining to these cases shall be promptly accomplish by you or a valid reason of your inability to complete my request which is subject to my approval that constitute the grounds for your services being **terminated**. I have a treaty on file with the Missouri Governor's Office https://en.calameo.com/read/004801967b116cdfdaaf8, which is proof of our **Indigenous Standing** for me, my mate, and our children which is not subject to debate and show cause for my ability to assert my rights by way of these International Instruments. As Public Defender Travis Martin you agree you are competent, having the understanding of what is required of you within this document, with any and all my instructions and will be in compliance with this document. Failure to do so demonstrates non-compliance your inability to protect my indigenous rights, a hidden agenda that constitutes all prior as well as further services to be terminated and are null & void in law. Please provide information for questions 1-3.           In the Great spirit of my ancestors

1. Do you have an Oath to protect my **Indigenous Rights** or will you take responsible/liability for any damages that may occur if you should fail or neglect to protect my Indigenous Rights and if so please send me copies?

2. Can you produce on the record any (**contracts**) with mutual consent and agreement between me and another party that obligates me to perform such duties and if so please send me copies?

3. Is there a sworn complaint an **affidavit of facts** by an injury party for case numbers; 1822-CR03244-01 and 1822-CR03243-01 and if so please send me copies?

If any of the requested information is not received to the provided mailing location above within 72hrs. [3 days] it will be presumed it does not exist and you are **Fired Fired Fired!**...

**Jurat**
United Nations Declaration on the right of Indigenous Peoples-
(http://www.un.org./esa/socdev/unpfii/documents/DRIPS_en.pdf) United Nations Convention on Economic, Social & cultural Rights, United Nations Charter; Article 55 & 56, Presidential proclamation 7500,H.J.R. 194, S. Con. Res. 26 S. 1200, HJR-3

Affirmed to and subscribed before me this ____ day of July 2019

400.3-402(b)

By: _____ OTM
Affiant UCC 1-308 without prejudice

✓ Produce Identification        Type and # ID 31710602225

_____       1/6/2023
Notary Public              My Commission Expires



To: Judge Elizabeth Byrne Hogan
22nd Judicial Circuit Court Division 16
10 N. Tucker Blvd
St. Louis Missouri 63101

From: Priya Siran Sha'ul me'el©™/Secured Party/Lien Holder/Indigenous Woman/Power of Attorney for Michael A Fullilove©™ now known as Marshawn Sha ul'me'el©™
30° 40'' 6'' N. Lat; 90° 12' 37'' W. Long
Cahokia, Altan/: Turtle Island
C/o 3863 Sullivan St. Louis Missouri [63107]

## MOTION TO CHALLENGE JURISDICTION

**Missouri Supreme court rule 55 - rules of civil procedure - Defenses and Objections - How Presented - By Pleading or Motion - Motion for Judgment on the Pleadings**

**Every defense, in law or fact, to a Claim in any pleading, whether a claim, counterclaim, cross-claim, or third-party claim**

### A LACK OF PERSONAL JURISDICTION

Comes Now Sionya Haley©™ now known as Priya Sha ul'me'el©™ on motion to challenge jurisdiction. Missouri State case Numbers: 1822-CR03244-01 and 1822-CR03243-01 on grounds for: 1. a lack of Personal Jurisdiction https://en.calameo.com/read/004801967b116cdfdaaf8, https://en.calameo.com/read/0048019674f075ef57ee8 Title 18 U.S.C. sec. 1162. 2. Title 28 U.S.C. sec. 1360. 3. Presidential proclamation 7500 right to tribal sovereignty https://www.govinfo.gov/content/pkg/WCPD-2001-11-19/pdf/WCPD-2001-11-19-Pg1649.pdf

Where there are no depositions, admissions, or affidavits the court has no facts to rely on for a summary determination. Trinsey v. Pagliaro, D.C. Pa. 1964, 229 F Supp. 647.

**When a defendant raises the issue of personal jurisdiction, the burden shifts to the plaintiff to make a prima facie showing of jurisdiction. Conway v. Royalite Plastics, 12 S.W.3d 314, 318 (Mo. banc 2000).**

A judgment rendered by a court without personal jurisdiction over the defendant is void. It is a nullity, [A judgement shown to be void for lack of personal service on the defendant is a nullity.] Sramek v. Sramek, 17 Kan. App. 2d 573, 576-77, 840 P. 2d 553 (1992), rev. denied 252 Kan. 1093 (1993).

Where a court failed to observe safeguards, it amounts to denial of due process of law, court is deprived of juris." Merritt v. Hunter, C.A. Kansas 170 F2d 739.

"The law requires proof of jurisdiction to appear on the record of the administrative agency and all administrative proceedings." Hagans v. Lavine, 415 U. S. 533.

In ruling on a motion to dismiss for lack of personal jurisdiction, the trial court may consider affidavits presented by the parties. Consolidated Elec. & Mechanicals, Inc. v. Schuerman. 185 S.W. 3d 773, 776 (Mo. Ct. App. E.D. 2006).

Jurisdiction can be challenged at any time." and "Jurisdiction, once challenged, cannot be assumed and must be decided." Basso v. Utah Power & Light Co., 495 F 2d 906, 910.

Void judgment can be attacked or vacated at any time and there is no statute of limitation. See Long v. Shorebank Development Corp., 182 F.3d 548 (C.A. 7 Ill. 1999).

In the Great Spirit of my ancestors…..

Jurat

United Nations Declaration on the right of Indigenous Peoples- (http://www.uprg./esa/socdev/unpfii/documents/DRIPS_en.pdf) United Nations Convention on Economic, ocial & cultural Rights, United Nations Charter; Article 55 & 56, Presidential proclamation 7500, H.J.R. 194, S. Con. Res. 26 S. 1200, HJR-3

Affirmed to anubscribed before me this 8th day of July 2019   400.3-428(b)

By: Duanus Holey OTM
Affiant UCC 1-308 without prejudice

✓ Producatification   Type and # ID 9171060025

David Creswell   1/6/2023
Notary Public   My Commission Expires



DAVID A. CRESWELL
My Commission Expires 1/6/2023
NOTARY PUBLIC
NOTARY SEAL
#14631498
St. Louis City
STATE OF MISSOURI

To: Judge Elizabeth Byrne Hogan
22nd Judicial Circuit Court Division 16
10 N. Tucker Blvd
St. Louis Missouri 63101

From: Priya Sha ul'me'el©™/Secured Party/Lien Holder/Indigenous Woman/Power of Attorney for Michael Fullilove©™ now known as Marshawn Sha ul'me'el©™
30° 40'' 6'' N. Lat; 90° 12' 37'' W. Long
Cahokia, Altan/: Turtle Island
C/o 3863 Sullivan St. Louis Missouri [63107]

## MOTION TO DISMISS WITH PREJUDICE

**Missouri Supreme court rule 55 - rules of civil procedure -55.27 Defenses and Objections - How Presented - By Pleading or Motion - Motion for Judgment on the Pleadings**

**Every defense, in law or fact, to a Claim in any pleading, whether a claim, counterclaim, cross-claim, or third-party claim**

Comes Now Sionya Haley©™ now known as Priya Sha ul'me'el©™ on motion to dismiss with prejudice Missouri State case Numbers: 1822-CR03244-01 and 1822-CR03243-01 on grounds for: 1. a lack of Personal Jurisdiction https://en.calameo.com/read/004801967b116cdfdaaf8, 2. Failure to state a claim upon which relief can be granted. 3. Insufficient service of process. 4. Successive Prosecutions, Double Jeopardy See: Waller V. Florida, 397 U.S. 387 (1970) http://www.law.cornell.edu/supremecourt/text/397/387 5. https://w2.vatican.va/content/francesco/en/motu_proprio/documents/papa-francesco-motu-proprio_20130711_organi-giudiziari.html

*Held*: The State of Florida and is municipalities **are not separate sovereign entities** each entitled to impose punishment for the same alleged crime, as the judicial power of the municipal courts and the state courts of general jurisdiction springs from the same organic law, and the District Court of Appeal erred in holding that a second trial in a state court for the identical offense for which a person was tried in a municipal court did not constitute double jeopardy .....                    In the Great Spirit our my ancestors

**Jurat**
United Nations Declaration on the right of Indigenous Peoples-
(http://www.un.org./esa/socdev/unpfii/documents/DRIPS_en.pdf) United Nations Convention on Economic, Social & cultural Rights, United Nations Charter; Article 55 & 56, Presidential proclamation 7500,H.J.R. 194, S. Con. Res. 26 S. 1200, HJR-3

Affirmed to and subscribed before me this 8th day of July 2019                    400.3-402(b)

By: _Sionya Haley_©™
Affiant UCC 1-308 without prejudice

___ Produce Identification          Type and # ID S171060235

_David A. Creswell_                  1/6/2023
Notary Public                         My Commission Expires

[Notary Seal: DAVID A. CRESWELL, NOTARY PUBLIC, NOTARY SEAL, #14631496, St. Louis City, STATE OF MISSOURI, My Commission Expires 1/6/2023]

SF 181

| U.S. Office of Personnel Management Guide to Personnel Data Standards | **ETHNICITY AND RACE IDENTIFICATION** (Please read the Privacy Act Statement and instructions before completing form.) |
|---|---|
| Name (Last, First, Middle Initial) HALEY SIONYA M | Social Security Number / Birthdate (Month and Year) January 1989 |
| Agency Use Only | JUVENILE DIV... J FRK |

### Privacy Act Statement

Ethnicity and race information is requested under the authority of 42 U.S.C. Section 2000e-16 and in compliance with the Office of Management and Budget's 1997 Revisions to the Standards for the Classification of Federal Data on Race and Ethnicity. Providing this information is voluntary and has no impact on your employment status, but in the instance of missing information, your employing agency will attempt to identify your race and ethnicity by visual observation.

This information is used as necessary to plan for equal employment opportunity throughout the Federal government. It is also used by the U. S. Office of Personnel Management or employing agency maintaining the records to locate individuals for personnel research or survey response and in the production of summary descriptive statistics and analytical studies in support of the function for which the records are collected and maintained, or for related workforce studies.

Social Security Number (SSN) is requested under the authority of Executive Order 9397, which requires SSN be used for the purpose of uniform, orderly administration of personnel records. Providing this information is voluntary and failure to do so will have no effect on your employment status. If SSN is not provided, however, other agency sources may be used to obtain it.

**Specific Instructions**: The two questions below are designed to identify your ethnicity and race. **Regardless of your answer to question 1, go to question 2.**

**Question 1. Are You Hispanic or Latino?** (A person of Cuban, Mexican, Puerto Rican, South or Central American, or other Spanish culture or origin, regardless of race.)
  ☐ Yes  ☒ No

**Question 2.** Please select the racial category or categories with which you most closely identify by placing an "X" in the appropriate box. Check as many as apply.

| RACIAL CATEGORY (Check as many as apply) | DEFINITION OF CATEGORY |
|---|---|
| ☒ American Indian or Alaska Native | A person having origins in any of the original peoples of North and South America (including Central America), and who maintains tribal affiliation or community attachment. |
| ☐ Asian | A person having origins in any of the original peoples of the Far East, Southeast Asia, or the Indian subcontinent including, for example, Cambodia, China, India, Japan, Korea, Malaysia, Pakistan, the Philippine Islands, Thailand, and Vietnam. |
| ☐ Black or African American | A person having origins in any of the black racial groups of Africa. |
| ☐ Native Hawaiian or Other Pacific Islander | A person having origins in any of the original peoples of Hawaii, Guam, Samoa, or other Pacific Islands. |
| ☒ White | A person having origins in any of the original peoples of Europe, the Middle East, or North Africa. |

Standard Form 181
Revised August 2005
Previous editions not usable

42 U.S.C. Section 2000e-16

NSN 7540-01-099-3446 

## Statutory Declaration

In the matter Amendment of Missouri Heath Division of vital records Registration # 124-89-200088
I, Sionya Michelle Haley now known as: Priya Siran Sha'ul me'el c/o 3916 N Florissant St.Louis Missouri
do solemnly declare in accord with: the 1931 Statue of Westminister (http://detaxcanada.org/), 1778 Articles
of Confederation and Perpetual Union-Art XI, 1812 Treaty of Ghent, 1794 Jay Treaty; 1836 Treaty of
Marrakesh (Morocco) all recognized and valid treaties, constitution for the united states of America, the
1948 Charter of the United Nations, the 1975 inter-American Declaration on the rights of Indigenous
Peoples, Pope's Apology to Indigenous Peoples (http://www.huffingtonpost.com/entry/pope-francis-
apologizes-for-churchs-offences-against-indigenous-peoples_559f02aae4b0967291 55dd59 ), United Nations
Declaration on the Rights of Indigenous Peoples(UNDRIP
,(http://www.un.org/esa/soc/dev/unpfii/documents/DRIPS_EN.PDF) and the United Nations International
Decade for People of African Descent, that upon discovering that the registration of a Live Birth of January
6th 1989, in the STATE OF MISSOURI/MISSOURI REPUBLIC called Missouri Republic was a contract
between my mother and the U.S. Government Corporation who did not tell her she was selling me, a flesh
and blood child, to the STATE OF MISSOURI CORPORATION as the Chattel Property/Slave which is a
violation of Human Rights, I hereby void the contract, ab initio for fraud. I am a Flesh And Blood
Melaninite Cherokee Native American of Turtle Island and of this Planet in accord with the United Nations
Declaration on the Rights of Indigenous Peoples, HJR 194-
http://govtrack.us/congress/bills/110/hres194/text – U.S Congress Apology to African Americans for
Slavery, S, Con, Res. 26 – http://www.govtrack.us/congress/bills/111/sconres26/text United States Senate
Apology to African Americans for Slavery; u.s. apology To Native Americans (Sec 8113 of H.R.3326
Department of Defense Appropriations Act) http://www.govtrack.us./congress/bills/111/hr3326/text .. Upon
discovering that Elizabeth Alexandra Mary Windsor Mountbatten Battenberg [MISNOMER: Queen
Elizabeth II] violated her coronation oath ( a legally binding contract) of June 2nd 1953. On May 14, 2011 at
Southward Crown Court (1 English Grounds in Southward, London, England) Defendant:John Anthony Hill
in the United Kingdom proved before an English jury that Elizabeth Alexandra Mary Windsor-Mountbatten,
was not the rightful monarch and never was: queen! Elizabeth is not the rightful monarch and never was.
This was a two point argument. Firstly, Elizabeth knew- then and now- that she was crowned on a fake
coronation stone instead of the real Stone of Destiny/Coronation Stone, which meant not only was she
never properly crowned, but she knowingly and fraudulently was conning the Public and that is why she did
not want her coronation televised. **REGINA v.JAH (case Ref. Number:T20107746)** ( See
http://www.mtrial.org/node/133). I declare that the name **SIONYA MICHELLE HALEY** on the
registration of the Live birth is a corporation and Sionya Michelle Haley is an Indigenous, Flesh & Blood
Woman. I am Not a corporation, artificial person, natural person, fictitious entity or vessel of the United
States as defined under Title 18 U.S.C. § 9 and I give notice Internationally, Domestically and Universally
via this Declaration that I deny corporate existence. Under reservation of All My Rights Unalienable and
otherwise, I am: Indigenous/Autochthon of this planet. And I make this solemn declaration conscientiously
believing it to be true, and knowing that this is the same force and effect as made under oath.

**Jurat**
United Nations Declaration on the right of Indigenous Peoples-
(http://www.un.org./esa/socdev/unpfii/documents/DRIPS_en.pdf) United Nations Convention on Economic,
Social & cultural Rights, United Nations Charter; Article 55 & 56, Presidential proclamation 7500,H.J.R.
194, S. Con. Res. 26 S. 1200, HJR-3

Affirmed to and subscribed before me this 10 day of October 2016

By: Sionya Haly
Affiant/UCC 1-308 without prejudice

___ Personally Known
X Produce Identification    Type and # ID  MO  DL  S171116 N625

## NOTICE, AFFIDAVIT AND DECLARATION OF PROOF OF LIFE
## Doc.# 010619892017

I, Sionya Michelle Haley now known as Priya Siran Sha'ul me'el, a flesh & blood female of Aniyvwiya descent, do hereby call upon, invoke and take safe harbor in the **Cestui Que Vie Act 1666, CHAPTER 11 18 and 19 Cha 2**, specifically,. section IV:

*"IV If the supposed dead Man prove to be alive, then the Title is revested. Action for mean Profits with Interest.*

*[X2Provided alwayes That if any person or [X3person or] persons shall be evicted out of any Lands or Tenements by vertue of this Act, and afterwards if such person or persons upon whose life or lives such Estate or Estates depend shall returne againe from beyond the Seas, or shall on proofe in any Action to be brought for recovery of the same [X3to] be made appeare to be liveing; or to have beene liveing at the time of the Eviction That then and from thenceforth the Tennant or Lessee who was outed of the same his or their Executors Administrators or Assignes shall or may reenter repossesse have hold and enjoy the said Lands or Tenements in his or their former Estate for and dureing the Life or Lives or soe long terme as the said person or persons upon whose Life or Lives the said Estate or Estates depend shall be liveing, and alsoe shall upon Action or Actions to be brought by him or them against the Lessors Reversioners or Tennants in possession or other persons respectively which since the time of the said Eviction received the Proffitts of the said Lands or Tenements recover for damages the full Proffitts of the said Lands or Tenements respectively with lawfull Interest for and from the time that he or they were outed of the said Lands or Tenements, and kepte or held out of the same by the said Lessors Reversioners Tennants or other persons who after the said Eviction received the Proffitts of the said Lands or Tenements or any of them respectively as well in the case when the said person or persons upon whose Life or Lives such Estate or Estates did depend are or shall be dead at the time of bringing of the said Action or Actions as if the said person or persons where then liveing.]"*

As such, I, Priya Siran Sha'ul me'el, do attest, affirm and declare the following:

1. I am NOT DEAD NOR LOST AT SEA, I AM ALIVE AND LIVING

2. https://en.calameo.com/read/0048019678569534ddfa3

**Jurat**

United Nations Declaration on the right of Indigenous Peoples-
(http://www.un.org./esa/socdev/unpfii/documents/DRIPS_en.pdf) United Nations Convention on Economic, Social & cultural Rights, United Nations Charter; Article 55 & 56, Presidential proclamation 7500,H.J.R. 194, S. Con. Res. 26 S. 1200, HJR-3

Affirmed to and subscribed before me this 8th day of July 2019

400.3-402(b)
By: *Sionya Haley*  OTM
Affiant UCC 1-308 without prejudice

✓ Produce Identification     Type and # ID 9171060025

David A. Creswall                1/6/2023
Notary Public                    My Commission Expires

[Notary Seal: DAVID A. CRESWELL, NOTARY PUBLIC, NOTARY SEAL, #14631498, STATE OF MISSOURI, St. Louis City, My Commission Expires 1/6/2023]