# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| STATE OF MISSOURI, ) | |
| Plaintiff, ) | |
| v. ) | No. 4:19-cv-02303-JMB |
| SIONYA HALEY, ) | |
| Defendant. ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on the motion of defendant Sionya Haley for leave to proceed in forma pauperis on appeal. (Docket No. 6). Having reviewed the motion and the financial information submitted in support, the Court finds that it should be granted. *See* 28 U.S.C. § 1915.

Accordingly,

**IT IS HEREBY ORDERED** that defendant's motion for leave to proceed in forma pauperis on appeal (Docket No. 6) is **GRANTED**.

Dated this 29th day of August, 2019.

_____
JOHN A. ROSS
UNITED STATES DISTRICT JUDGE